

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

**INDICTMENT FOR VIOLATIONS
OF THE FEDERAL GUN CONTROL ACT**

**FELONY**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL NO. **10-278** |
| v. | * | SECTION: **SECT. B MAG. 1** |
| MELVIN HICKERSON | * | VIOLATIONS: 18 U.S.C. § 922(g)(1) |
| | | 18 U.S.C. § 924(a)(2) |

\* \* \*

The Grand Jury charges that:

## COUNT 1

On or about the 23rd day of May, 2010, in the Eastern District of Louisiana, the defendant, **MELVIN HICKERSON,** having been convicted of crimes punishable by imprisonment for a term exceeding one (1) year, to wit: a conviction on September 12, 2006, in the United States District Court for the Eastern District of Louisiana, Docket Number 05-184, Section "N," for a violation of the Federal Gun Control Act; and, a conviction on April 17, 2003, in Orleans Parish Criminal District Court, State of Louisiana, Docket Number 429-591 "F," for simple possession of heroin, a violation of LA-R.S. 40:966(C)(1); did knowingly possess in and affecting commerce, a firearm, to wit: an F.N. Herstal, .57 caliber, model five-seven, bearing serial number 386184462; all in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

___ Fee _USA_
___ Process _____
_x_ Dktd _____
___ CtRmDep_____
___ Doc. No._____

## NOTICE OF FORFEITURE

1. The allegations of Count 1 of this Indictment are realleged and incorporated by reference as though set forth fully herein for the purpose of alleging forfeiture to the United States of America pursuant to the provisions of Title 18, United States Code, Section 924 (d)(1) and Title 28, United States Code, Section 2461(c).

2. As a result of the offense alleged in Count 1, defendant, **MELVIN HICKERSON**, shall forfeit to the United States pursuant to Title 18, United States Code, Section 924(d)(1) and Title 28 United States Code, Section 2461, any firearm or ammunition, which was involved in or used in a knowing violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2), as alleged in Count 1 of the Indictment, including, but not limited to:

> **F.N. Herstal, .57 caliber, Model five-seven, bearing Serial Number 386184462.**

3. If any of the property subject to forfeiture pursuant to Paragraph 2 of this Notice of Forfeiture, as a result of any act or omission of the defendant:

    a. cannot be located upon the exercise of due diligence;

    b. has been transferred or sold to, or deposited with, a third person;

    c. has been placed beyond the jurisdiction of the Court;

    d. has been substantially diminished in value; or

    e. has been commingled with other property which cannot be subdivided without difficulty;

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of said defendant up to the value of the above forfeitable property.

All in violation of Title 18, United States Code, Sections 922(g)(1), 924(a)(2) and 924(d)(1).

A TRUE BILL:

_____
FOREPERSON

_____
JIM LETTEN
United States Attorney
Louisiana Bar Roll No. 8517

_____
JAN MASELLI MANN
First Assistant U.S. Attorney
Louisiana Bar Roll No. 9020

_____
GREGORY M. KENNEDY
Assistant United States Attorney
Louisiana Bar Roll No. 20896

New Orleans, Louisiana
September 16, 2010

FORM OBD-34

No. _____

UNITED STATES DISTRICT COURT

__Eastern__ District of __Louisiana__

__Criminal__ Division

THE UNITED STATES OF AMERICA

vs.

MELVIN HICKERSON

# INDICTMENT

INDICTMENT FOR VIOLATIONS OF
THE FEDERAL GUN CONTROL ACT

VIOLATIONS:  18 U.S.C. § 922(g)(1)
18 U.S.C. § 924(a)(2)

A true bill.

_____
Foreperson

Filed in open court this _____ day, of
_____ A.D. 2010

_____
Clerk

Bail, $ _____

**GREGORY M. KENNEDY**
Assistant United States Attorney