**MINUTE ENTRY**
**LEMELLE, J.**
**NOVEMBER 17, 2010**

**JS-10:** :22

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION |
| VERSUS | NO. 10-278 |
| MELVIN HICKERSON | SECTION "B" (1) |

**REARRAIGNMENT - Indictment, Count(s)  1**

Courtroom Deputy:   Barry J. Johnson
Court Recorder:     Bonnie Hebert

PRESENT:   Gregory M. Kennedy, Asst. U.S. Attorney
           Gary V. Schwabe, Jr., Counsel for Defendant
           Marilyn Brassett, U.S. Probation Officer
           Melvin Hickerson, Defendant

Court begins at 3:46 p. m.
Case is called; all present and ready.
Defendant sworn; reading of **Indictment** waived by defendant.
Defendant withdraws former plea of not guilty as to Count(s)  1  and enters a plea of guilty to same
Rule 11 interrogation
**No plea agreement**
**Factual Basis submitted in writing by the AUSA and entered into the record.**
Plea accepted and defendant is ADJUDGED GUILTY on plea of guilty.
**The Court defers accepting the plea agreement until the time of sentencing.**
Pre-sentence investigation is ORDERED.
The trial and pretrial conference dates, **regarding this defendant**, are hereby SATISFIED.
Sentencing set for **Wednesday,  MARCH 2, 2011 , at 2:00 p.m.**
Defendant is remanded to the custody of the U.S. Marshal.
Court adjourned at 4:08 p.m.