

U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
FILED   NOV 1 7 2010
LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL DOCKET NO. 10-278 |
| v. | * | SECTION: "B" |
| MELVIN HICKERSON | * | |
| | * | |

\* \* \*

## FACTUAL BASIS

Should this matter proceed to trial, the United States of America will prove beyond a reasonable doubt, through credible testimony and reliable evidence, the following facts:

On Sunday, May 23, 2010, at approximately 10:30 p.m., New Orleans Police Department (NOPD) Officers Nicolas Schutt and Kelly Morel were traveling southbound on Elysian Fields Avenue, headed towards St. Claude Avenue in the center travel lane. As the officers proceeded on Elysian Fields Avenue, they observed a black, four-door Lincoln sedan with a defective tail light driving in front of them in the right travel lane. The officers pulled the vehicle over and illuminated the passenger compartment of the vehicle with the police unit's spotlight. The officers observed the driver, the defendant Melvin Hickerson, moving forward in a downward motion in effort to conceal or retrieve an object. Hickerson was the only occupant of the vehicle. The officers approached the

vehicle from their respective sides, at which time Hickerson attempted to exit the vehicle. The officers instructed Hickerson to remain seated. As the officers reached the vehicle's front door windows, Officer Schutt observed what he believed to be the bottom of a firearm magazine, protruding from under the middle portion of the driver's front seat. Officer Schutt advised Officer Morel of the object, at which time Officer Morel asked Hickerson to step out of the vehicle. Officer Schutt recovered the object, which was a FNH USA 5.7 x 28 caliber semi-automatic handgun with 24 live rounds in the extended magazine and 1 live round in the gun's chamber, from under the driver's seat. The gun was recovered in the exact area in which the officers had previously seen Hickerson move forward in an attempt to conceal an object.

Melvin Hickerson was previously convicted of a crime punishable by imprisonment for a term exceeding one year, to wit: a conviction on September 12, 2006, in the United States District Court for the Eastern District of Louisiana, Docket Number 05-184, Section "N," for a violation of the Federal Gun Control Act; and, a conviction on April 17, 2003, in Orleans Parish Criminal District Court, State of Louisiana, Docket Number 429-591 "F" for simple possession of heroin, a violation of LA-R.S. 40:966(C)(1). He was therefore prohibited by law from possessing a firearm.

The handgun, an F.N. Herstal, .57 caliber, model five-seven, bearing serial number 386184462, was manufactured outside of the state of Louisiana and therefore traveled in, and affected, interstate commerce.

The foregoing facts will be proven by the testimony of Special Agents of the Bureau of Alcohol, Tobacco & Firearms ("ATF"), employees of the New Orleans Police Department, and the production of various certified documents.

_____
GARY V. SCHWABE, JR.
Counsel for Defendant

_____  11-17-10
GREGORY M. KENNEDY
Assistant U.S. Attorney

_____
MELVIN HICKERSON
Defendant